IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO. 3:05CR104 V

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) **O R D E R** |
| | ) |
| JULIO MORA VEGA (2) | ) |
| MICHAEL BRIAN McCALL (3) | ) |
| AMOS CALVIN HALL, JR. (4) | ) |
| KOJI S. STEWARD (5) | ) |
| ULYSSESS WASHINGTON (7) | ) |
| KELVIN BEAUFORT (8) | ) |
| ALLEN MARSHELL McCALL, JR. (10) | ) |
| MALCOLM DAWSON (11) | ) |
| HAJI DWANE WHITE (12) | ) |
| DEMON MONTICO MORRIS (13) | ) |
| BRIAN JEROME WISE (14) | ) |
| SONKARLAY LORENZO McCALL (15) | ) |
| HOWARD EDWARD McCALL (16) | ) |
| RODGRICK FRIESON (18) | ) |
| FRANK WOOD THOMAS (19) | ) |
| GRADY DONNELL EADES (20) | ) |
| PHILLIP BROWN (23) | ) |
| _____ | ) |

**THIS MATTER** is before the Court on its own motion to continue the captioned criminal matter from the 21 November 2005 term in the Charlotte Division.

The Court finds that the Defendants' cases are "joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted," **18 U.S.C. § 3161(h)(7),** and that failure to continue this matter would result in a miscarriage of justice. **18 U.S.C. § 3161(h)(8)(B)(i).** The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants to a speedy trial.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the November 2005 term in the Charlotte Division to the 23 January 2006 term in the Charlotte Division.

**Signed: November 10, 2005**

Richard L. Voorhees
United States District Judge